United States Bankruptcy Court
Middle District of Tennessee

In re:
9th Avenue Nashville, LLC
Debtor

Case No. 26-04926-CMW
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0650-3 | User: admin | 
Date Rcvd: Nov 03, 2026 | Form ID: 2040l | Total Noticed: 9

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 9th Avenue Nashville, LLC, 1621 9th Ave N, Nashville, TN 37208-2111 |
| cr | + | Pacific Asset Holding LLC, Aldridge Pite, LLP, 3525 Piedmont Road, N.E., Suite 700, Atlanta, GA 30305 UNITED STATES 30305-1608 |
| 8103979 | + | Amani Kelly, 2006 Acklen Ave, Unit 120556, Nashville TN 37212-3789 |
| 8103981 | + | Cottingham Lending, GA LLC, Po Box 150204, Nashville TN 37215-0204 |
| 8103985 | + | Pacific Asset Holdings, LLC, 1640 S Sepulveda Blvd #214, Los Angeles CA 90025-7565 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 8103980 | + | Email/Text: ECF@fayservicing.com | Nov 03 2026 22:34:00 | BPL Mortgage Trust, LLC, c/o Fay Servicing, 1601 LBJ Freeway Suite 150, Dallas TX 75234-6519 |
| 8103982 | | Email/Text: ECF@fayservicing.com | Nov 03 2026 22:34:00 | Fay Servicing, 440 S LaSalle St., Chicago IL 60605 |
| 8103983 | | Email/Text: ECF@fayservicing.com | Nov 03 2026 22:34:00 | Fay Servicing, 8001 Woodland Center Blvd, Ste 100, Tampa FL 33614 |
| 8103984 | | Email/Text: KentMcPhailAssociatesLLC@jubileebk.net | Nov 03 2026 22:34:00 | McPhail Sanchez LLC, 126 Government St, Mobile AL 36602 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENT D MCPHAIL | on behalf of Creditor Fay Servicing LLC as servicer for Pacific Asset Holding, LLC bankruptcynotices@mslawyers.law, KentMcPhailAssociatesLLC@jubileebk.net |
| MICHAEL GEOFFREY ABELOW | mabelow@srvhlaw.com loduor@srvhlaw.com;TN61@ecfcbis.com |
| MICHELLE LOUVRE SPEZIA | on behalf of Debtor 9th Avenue Nashville LLC ecfmail@tennessee-bankruptcy.com, Spezia.MichelleR43618@notify.bestcase.com;JohnsonJR43618@notify.bestcase.com |
| US TRUSTEE | ustpregion08.na.ecf@usdoj.gov |
| WILLIAM B MAULDIN | on behalf of Creditor Pacific Asset Holding LLC bkecfinbox@aldridgepite.com wmauldin@ecf.courtdrive.com |

TOTAL: 5

Form B2040 (Form 2040l) (12/15)

# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF TENNESSEE

**Case No. 3:26−bk−04926**

**Chapter 7**

In re:

9th Avenue Nashville, LLC
1621 9th Ave N
Nashville, TN 37208

Employer Tax ID / Other nos.:
88−2089976

## NOTICE OF NEED TO FILE PROOF OF CLAIM DUE TO RECOVERY OF ASSETS

**Notice is given that:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee. Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court on or before:

Claims Deadline Date: 2/1/27

Creditors who do not file a proof of claim on or before this date will not share in any distribution from the debtor's estate. Registered Users must file their claim electronically at **HTTPS://ECF.TNMB.USCOURTS.GOV.** Non−registered claim filers may file the claim by regular mail. If filing by regular mail you must include a stamped, self−addressed envelope for return of claim. A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim (Official Form B410) can be obtained at the bankruptcy courts web site: **http://www.tnmb.uscourts.gov/forms**, the United States Court Web Site: **http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx** or at any bankruptcy clerk's office.

There is no fee for filing the proof of claim.

If you have already filed a proof of claim, do not file another.

BY THE COURT

Dated: 11/3/26

Vanessa A Lantin
Court Clerk

**Address of the Bankruptcy Clerk's Office:**
701 Broadway Room 170
Nashville, TN 37203
Telephone number: 615−736−5584